# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **Christian Hall,**<br>*Plaintiff* | § § § | |
| **v.** | § § | **No. 1:26-cv-00112-ADA-SH** |
| **DataX Ltd.,**<br>*Defendant* | § § § | |

## ORDER

Before the Court is the Joint Notice of Settlement, filed March 2, 2026 (Dkt. 10). The parties notify the Court that they have reached a settlement as to all of Plaintiff Christian Hall's claims against Defendant DataX Ltd. and request a 60-day stay.

The Court **GRANTS** the motion, **ORDERS** the parties to file a Joint Stipulation of Dismissal and Proposed Final Judgment on or before **May 4, 2026**, and **STAYS** all deadlines in this case until that date.

**SIGNED** on March 3, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1